

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00447-CV

**8305 BROADWAY INC**. and Changing Surface, Inc.,
Appellants

v.

**J&J MARTINDALE VENTURES, LLC** dba Big Hops Growler Station,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 386551
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The appellants' unopposed motion for extension of time to file briefs is hereby GRANTED. Time is extended to December 1, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court